

# IN THE
# TENTH COURT OF APPEALS

## No. 10-22-00252-CV

WENDELL ROBIN HOUGHTON,
ANGELA DENISE HOUGHTON,
AND HOUGHTON LAND COMPANY,

                                                **Appellants**

 v.

CITY OF KEENE, TEXAS,

                                                **Appellee**

---

**From the 249th District Court
Johnson County, Texas
Trial Court No. DC-C202100475**

## MEMORANDUM OPINION

A Motion for Voluntary Dismissal was filed by Appellants Wendell Robin Houghton, Angela Denise Houghton, and Houghton Land Company, LP on December 19, 2022. *See* TEX. R. APP. P. 42.1(a)(1). Appellants assert that they have reached an agreement "to settle and compromise their differences" and move to dismiss the appeal.

Dismissal of this appeal would not prevent another party from seeking relief to which it would otherwise be entitled. *See id.* Accordingly, Appellants' Motion for Voluntary Dismissal is granted. Costs are taxed against Appellants. *Id.* (d).


MATT JOHNSON
Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Dismissed
Opinion delivered and filed December 21, 2022
[CV06]

